FILED
CLERK, U.S. DISTRICT COURT

FEB 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON MILTON,<br><br>Petitioner,<br><br>v.<br><br>M.E. POULOS, Warden<br><br>Respondent. | NO. CV 07-5579 ODW (FMO)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed respondent's Motion to Dismiss and supporting papers and the Magistrate Judge's Final Report and Recommendation. No objections to the Final Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Final Report and Recommendation. Accordingly, IT IS ORDERED THAT:

    1.    Respondent's Motion to Dismiss **(Document No. 6)** is denied.

    2.    Respondent shall file his Return no later than thirty (30) days from the filing date of this Order.

    3.    Petitioner shall file his Reply no later than thirty (30) days from the date of service of the Return.

    4.    The matter is referred back to the Magistrate Judge for further proceedings with respect to the claims contained in the Petition.

///

5. The Clerk shall serve copies of this Order on the parties.

DATED: __2-12-_____, 2008.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE