# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON MILTON,<br><br>        Petitioner,<br><br>        v.<br><br>M. E. POULOS, Warden,<br><br>        Respondent. | NO. CV 07-5579 ODW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 23, 2008.

_/s/ Otis D. Wright_
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE